ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 8 2007

CLERK, U.S. DISTRICT COURT
By _____
              Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

DIANTHA GARNER,                     §
           Plaintiff,               §
                                    §
                                    §   CIVIL ACTION NO. 3:05-CV-2294-B
v.                                  §              (ECF)
                                    §
COMMISSIONER, SOCIAL                §
SECURITY ADMINISTRATION,            §
           Defendant.               §

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNTIED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and

the Findings, Conclusions and Recommendation of the United States Magistrate Judge, this

Court finds that the findings and conclusions of the Magistrate Judge are correct and they are

adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of

the United States Magistrate Judge are adopted.

SIGNED this 28th day of June, 2007.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN 2 8 2007

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| DIANTHA GARNER, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 3:05-CV-2294-B |
| v. | § | (ECF) |
| | § | |
| COMMISSIONER, SOCIAL | § | |
| SECURITY ADMINISTRATION, | § | |
| Defendant. | § | |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been

duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED AND DECREED that the decision of the

Commissioner, Social Security Administration, is reversed and remanded for further

consideration.

SIGNED this 28th day of June, 2007.


_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE